# Gordin & Berger

A PROFESSIONAL CORPORATION
Attorneys at Law

Bruce N. Gordin
(1979-1990)

Edward L. Berger*

* Also Member NJ Bar

1760 Market Street • Suite 600
Philadelphia, PA 19103

215/564-2031
Fax 215/972-5390

March 11, 2002

Our File No.

89-622-1994

Ms. Deanna M. Kuehn-Ostertag
382 West Main Street
Collegeville, PA 19426-1942

RE: Drexel University v. Deanna M. Kuehn-Ostertag
Tuition Account
Total Amount Due            $4,324.45
Attorney's Fees             +1,859.51
Total Amount Due With
Attorney's Fees             $6,183.96

Dear Ms. Kuehn-Ostertag:

This office has been retained by Drexel University to institute suit against you because of your default on the above referenced tuition account and your failure to repay the same.

Please be advised that the policy of Drexel University, at the time you attended, was to impose interest on all outstanding accounts. In addition, the policy called for all collection costs the University incurs to be passed on to the defaulting student.

If you would like to avoid litigation and collection costs, remit payment of the full amount as indicated above within thirty (30) days. If you are unable to remit the full amount, please remit a portion thereof and contact the undersigned to discuss a reasonable repayment schedule. Please direct all payments, correspondence or inquiries concerning the above referenced delinquent tuition account to the undersigned. Please make your checks or money orders made payable to "GORDIN & BERGER TRUST ACCOUNT" and indicate your file number on the same (89-622-1994) and remit the same to this office.

Very truly yours,

EDWARD L. BERGER

ELB: ma
Enclosure - Important Notice #1
cc:   Drexel University

WE ARE ATTEMPTING TO COLLECT A
DEBT AND ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE