Month Day Year

[DEBTOR]

File Number:

      RE:    COLLEGE/CREDITOR V. DEBTOR
                 Tuition Account
                 Total Amount Due    $_____
                 Attorney's Fees      $_____
                 Total Amount Due
                 With Attorney's Fees  $_____

Dear [DEBTOR]

      For your convenience, you may send payment in full by mail or you may deliver it in person to the above address.  Make your check payable to "Gordin & Berger Trust Account" and indicate your file number on the check.

      If you dispute the validity of the debt owed to [CREDITOR] as set forth above, you must submit your dispute, in writing, to Gordin & Berger at the above address within thirty (30) days. If such written dispute is made, written verification of the debt will be provided to you as well as the name and address of the original creditor if different from the current creditor.  Failure to dispute the validity of the debt within thirty (30) days will result in the assumption that the debt is valid.

                                                      Very truly yours,


                                                      EDWARD L. BERGER

      Please note that I am a debt collector.  This is an attempt to collect a debt and all information obtained or action taken will be used for that purpose.

387537_1